RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Pretrial Conference

Date: 01/04/2016 Time: 10:00

**CASE: 15-00535 Schlossberg v. Flemmings**

Related: 15-17283 Jazzmyn M. Flemmings

representing Roger Schlossberg Roger Schlossberg (Plaintiff)
· PRO SE Jazzmyn M. Flemmings (Defendant)

[1] Adversary case 15-00535. (41 (Objection / revocation
of discharge - 727(c),(d),(e))) Complaint by Roger
Schlossberg against Jazzmyn M. Flemmings. The filing
fee is DEFERRED - Plaintiff is the Trustee in the
Bankruptcy case and will pay the fee to the extent
that there is an estate. (Attachments: #s1 Exhibit)

**FILED BY** : Roger Schlossberg BY R Schlossberg R Schlossberg

[11] Copy of a Letter Addressed to Trustee, Roger Schlossberg,
by Jazzmyn M. Flemmings (related document(s) 1
Complaint filed by Plaintiff Roger Schlossberg).

**FILED BY** : Jazzmyn Flemmings

SCHEDULE:

    1.Discovery cutoff:_____ 6.Pretrial memos/exhibits:_____

    2.Dispositive motions:_____ 7.Trial times est:_____days____hrs

    3.Status report due:_____ 8.Trial date:_____ time:_____

    4.Motions hrg. date:_____ 9.Expert witness & Rpts:_____

    5.Final pretrial hrg:_____ 10.Reissue Summons:_____

DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent           _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____     for want of Prosecution

_____ Day Settlement Order

_____Decision Reserved          _____ Moot

_____Default / No Response       _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order            _____ Other:_____

Adjourned / Continued to: _Feb. 1, 2016_ at ___11___ a.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] plaintiff's counsel      [ ] Court
        [ ] defendant's counsel      [ ] Other _____

NOTES: